IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| THE INDEPENDENT ORDER OF FORESTERS, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 622-018 |
| MICHAEL ROZIER; JERRY ROZIER; TIMOTHY JACKSON; and TAYLOR FUNERAL HOME, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On November 2, 2022, Chief United States District Judge J. Randal Hall ordered Plaintiff to tender payment in the amount of $5,500.00, plus accrued interest, to the Clerk of this Court on or before November 16, 2022. The time to comply or respond to the November 2nd Order has passed, and Plaintiff has not tendered payment as required. The Court **ORDERS** Plaintiff to comply with or otherwise respond to the November 2nd Order by December 2, 2022. Only upon Plaintiff's deposit of the funds will the Court enter a final order for disbursement in accordance with the undersigned's October 6, 2022 Report and Recommendation and close this case.

SO ORDERED this 18th day of November, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA